**SA22CA1337 OG**

*Briefing*

crime omis: 6th/1,2,3,5,6,7,8,10,14/crime US(18(§2,5,6,11,18,20)(12)(13§241,242, 45,246,249)(15)(17)(45§951,953,955)(47§1001,1018,1028,1029,1030,1031,1038)(2,3§1341, 1342,1343,1344)(15§1342)(73§1501,1510,1511,1512,1513)(77§1592)(95§1951)(101§2071,2073,)(115, §384);omi 28(40)(159)(111);omi 34(101§(7,10) per written and verbal as complaint — see followup.

**UNITED STATES DISTRICT COURT FOR THE**

Dwelling center
1/Sheriff Javier Salazar

case #

**FILED**
DEC - 7 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Petition for Writ of Habeas Corpus Under 28§2241.

1.a) Ellery Lubaine-Conton b) 600667, OL Ellery Lablong, CPRR, Ellery Lashan Conton
2a) Bexar County Adult Detention Center/Sheriff's Office/s) 200 N. Comal 78207
c) TDC 01350775?
3. Other - Primary    4. Other: Release/Ratio/    5. Other Hostage taking
7. a) Bexar County Court 101 W. Nueva St. Ste 217, 78205-3902
b) 615886, HM# 631809, 2021CR9695, @Hostage taking D) 21,9,9,10,10,30
9. a) U.S. District Court, Western Division of Texas  1) 11/22/12/3 SD21CV0116 OLG
   "      "         "         "                2.) 1/11/22 3 SD21CV01285 OLG
10. "      "         "         "                2) 2/14/22,3 SD21CV00998 OLG

13. §1:crime omis:1,6,8,4,13,14,15/crime US(19/19/1132/31)/18(47§1001, 63§1342,121,1391/2/,1342/2/,1343/3/,)1Y(45§1342/3/,1347))/18(113B§2332-141, H&S 233QA,B/2/,)18(12/3/)/18(13§241,247,159(115§2384),252;294,249);14(73§1512/3/, 1513/3/)/per minute of broadcast since 2017 of denied right to petition/ of grievance/ of cruel/ and unusual/ punishment/ as a freed labor/ as no voluntary servitude; of denial of life/ liberty; no property/ no conspiracy, to trans/ by audio/ an false statements/ an in public/ an jury/ an simulator/ of fictitious Name/ schemes/ by wire/ radio/ or television/ of malicious mischief, acts enemy communication lines/stations/systems/ an interfering w/ satellites/ an terrorist acts or bombings or flying or public use/ Gov. facilities/ public systems/ or infrastructure facilities/ from radiological dispense devices/ providing material support or resources to terrorists/ each civil disorder/ a conspiracy against civil law constitutional rights/ deprivation of civil law constitutional rights Under color of law/ for discrimination against persons wearing uniform of Armed Forces/ w. ___ Hate crimes/ to tamper w/ witness/ victim/ or informants/ to retaliate against a witness/ victim/ an informant

12-77-24(68).10^SUIC

w/ from the year 2017, to date, I have been verbally assaulted by a radio-active frequency broadcast that has consistent of cancerous radiation that causes unknown mental cancer/ mental damage or disorder that consist of

98.3% lies, and false information along w/ impostering and obscenities. This is consistent, even in Bexar County Adult Detention Center / Sheriff's Office / (~~18 USC 18(313)~~/ 200 N. Comal 78207 / "Mental Ward" 6th Fl "Mental Ward": 15C18(313)/ 200 N. Comal 78207 / crime omiss. See 8/4/13 to 14/13 / 18 C.7: 45 § 95a/5/ ~~< 47~~ (~~6/14/41, 6/16/51, 8/1/21~~, (5/2/7/4/, 6/16/5/, 8/13/12, 9/12/3/2/, 9/12/2/2/, 11/6/6/, 12/8/21, 13/2/9/6, 14/3/13/6/, 15/2/9/6/, 16/9/4/) 42( 20/9/, 20A/5/, 21/34/, 21D/12/, 21D/2/, 21E/3/3/, 22/21/1/, 33.138/, 65.7/15/, 102/12/, 107/21/8/, 112/12/9/, 114/50/, 118/2/94/7) ; 18 (43 § 911; 47 § 1001/21, 1020/14/, 1028/, 1029/21, 1030/2/, 1038/21) / 18 (65 § 1342/21, 1343/3/ ) ; 18 (65 § 1362/3/, 1363/3/, 1367 ) / (13B § 2332 7/9/. H.) / 18 (119 § 2511/4/, 2512/4/) / ~~18 (15 20)~~ 18 (15 20/33 § 209/8/, 212/4/) ; 18 (35 § 75/2/: 37 § 782/2/) / 18 (173/) ; (78 § 241; 18 (115 § 2384) 242 244, 245, 249) / 18(73 § 1512/5/, 15/3/3/) / per minute of radio-active frequency Broadcast as/ of a quantum peonage ; 18(77 § 1581/2/) / cruel and unusual punishment / ~~of~~ or forced labor / or Involuntary servitude / w/o caution / or Deprivations of life / liberty / and property // or assault/or conspiracy Killings /18 (5 § 17/12/) / Maximum / injuries /18(7 10/3/, 11b) / damage / Stolen property /18 (103 § 212 ) ; by imposters that ~~that~~ ay ~~of~~ from / Open false statements / and in try / in connection/ Identification Doc./ authenticated feature/ or info / any Aggravated Identity theft / in connection w/ Decep Device / on Computer / by promotion of false information on Hoaxes / as of ~~Fact or~~ Fictitious items / altitudes by wire / radio / Television / of ~~amm~~ malicious mischief / communication / post stations / systems / of Buildings / properties w/ Maximum Territorial Jurisdiction / in take / any w/ Satellites / to bomb places of public use / Govn Facilities / transport systems and Infrastructure Facilities / w/ Radiological Dispersal Devices / by the Interception / and Obstruction of wire / oral / electronic / communication / or that manufacture Distribution / possession / or advertise use of any / aid / a Electronic Commun Capture Device / w/ I this Financial Institute / per letter / per wire / per harm unfully imprison / of custody of Instit hon / or officers / 18 (43 § 913/21) / as a harbor / concealed person / each civil disorders / or conspiracy against Civil / or constitutional rights / Deprivations of civil / or constitutional right under color of law / Discrimination of persons wearing uniform / ~~From these~~ Freedom to Close entrances / all is Hate Crimes / is tampering w/ witness / victim / retaliation against witness / victim / per informant
.914/5/, .195/5/, 698/6/, 870/997/ 9/2/10/ 84202
This shit while hostaged by peonage for this to me / 2, 3, 8/4/13, 6/11, 14/13 / 18 (55 § 1203/ 775 / 585/ 4/3/ / 18 (77 § 1581/ 4/, 26 ; 43 § 911. 913/21 ) / 18 (113 C/3/ )/ 18/(12/3/) / 18 (13 § 241, 242, 243, 244, 245, 246, 248, 249) / 18 (73 § 1505/ 13/, 1506 4/.

1809/500/571/2/.1503/3/.1572/3/(1§23)/ pn peonage / gang member / quorter in Bexar County / for cruel/an unusual punishment / nor too/ new labor / of involuntary Servitude / w/o conviction / trial / or counsel / for deprival of life/liberty / property / each pn hour of hostage taking / unlawful seizure / of person/restitution transport / and enslavement / pn peonage as obstructing of law enforcement / as impostors / of confused banks / on search / all of tortures/and civil disorders / as seditious conspiracies against civil / and constitutional rights / Deprivation of civil / and constitutional rights, Under color of law / or exercising of weapons based on color / or Race / Discrimination of persons wearing Uniform of Armed Forces / Federally Protected Activities / Diminution of Relief Benefits / Freedom of Access to Clinic Entrances / each Hate Crimes / and of Obstruction; of proceedings Before, Dept./ Agencies / Committees / Court orders/, Criminal Investigations / state / n./ local, / law enforcement / of tampering w/ a witness / victim, or informant / retaliation against a witness / victim / or an informant / 544 74 227 . 10 ^{79324}

14 — For correspondence for testiment of claim, contact: Stacy Louise Nash, D'Shondra Rochelle Walker, Sheryl Dawn Cooper, Ponlyea Jasmine Gadson, @ 1109 Magellan, Windcrest, TX 77239 210. 379. 4292. Further correspondence: Dennis Lee Howard, Robert Brooks, David Koepke, Larry Lyleheart, Daron; Sharon Halloway

15 Relief: full recompense as initial amount $(9592765979 434 983 440 473 696 .10 ^{94209}) + (2723 71 135 . 10 ^{79330}) + (1 386 23 4406 60 ^{5023})

22. 11. 7. 11. 19. 16. 55                                    VIII-308